■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES FRANKLIN, Appellant. [863 NYS2d 602]—Appeals by the defendant from (1) a judgment of the Supreme Court, Kings County (Marrus, J.), rendered April 20, 2006, convicting him of criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence, and (2) a resentence of the same court, imposed October 4, 2007.

Ordered that the judgment and the resentence are affirmed.

The defendant's contention that a portion of the court's jury charge deprived him of the force of his defense (*see generally People v Williams,* 5 NY3d 732 [2005]) is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, any error in this portion of the jury charge was harmless (*see People v Crimmins,* 36 NY2d 230 [1975]). The defendant's remaining contentions with respect to additional alleged errors in stated portions of the jury charge are also unpreserved for appellate review (*see* CPL 470.05 [2]) and, in any event, are without merit.

The defendant's contention that the trial court's *Allen* charge (*see Allen v United States,* 164 US 492 [1896]), was improper is also unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, the charge as a whole was balanced, proper, and encouraging rather than coercive (*see People v Kinard,* 215 AD2d 591 [1995]).

Contrary to the defendant's contention, he received meaningful representation (*see People v Seaton,* 45 AD3d 875, 876 [2007]; *see also People v Benevento,* 91 NY2d 708 [1998]; *People v Baldi,* 54 NY2d 137 [1981]).

The resentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Ritter, J.P., Miller, Dillon and McCarthy, JJ., concur.